United States District Court
Eastern District of North Carolina

VICTOR CARRAFA
               Petitioner

     v.                                    **Judgment in a Civil Case**

A.F. BEELER

               Respondent           Case Number: 5:07-HC-2092-H

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that this action is hereby dismissed.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, JULY 11, 2007 AND A COPY SENT TO:

Victor Carrafa 87716-011
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

July 11, 2007                                /s/ Dennis P. Iavarone
Date                                                   Clerk

Raleigh, North Carolina